**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-1269**

In re:  SOMCHAI NOONSAB,

          Petitioner.

On Petitions for Writ of Mandamus.  (1:20-cv-00401-MR)

Submitted:  June 24, 2021                 Decided:  June 28, 2021

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petitions denied by unpublished per curiam opinion.

Somchai Noonsab, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

North Carolina prisoner Somchai Noonsab petitions for a writ of mandamus seeking various forms of relief, including requesting that this court recognize that certain North Carolina legislation is unconstitutional, suggesting that a state court judge has committed ethical violations, and asking that his freedom be restored with monetary relief. We conclude that Noonsab is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted). Importantly, this court does not have jurisdiction to grant mandamus relief against state officials, *Gurley v. Superior Ct. of Mecklenburg Cnty.*, 411 F.2d 586, 587 (4th Cir. 1969), and does not have jurisdiction to review final state court orders, *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462, 482 (1983).

None of the forms of relief that Noonsab seeks are available by way of mandamus and, further, he fails to allege extraordinary circumstances or a clear and indisputable right to the relief sought. Accordingly, we deny the petitions for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*